**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____ Chapter 7____

❏ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual          12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
❏ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Tomer
First name

_____
Middle name

Dafna
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

None

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ____ ____ ____ ____          OR          9 xx – xx – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Debtor   Tomer Dafna _____   Case number (*if known*)_____

| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|
| | _____<br>Number     Street<br><br>_____<br><br>_____<br>City                              State     ZIP Code<br><br>_____<br>County | _____<br>Number     Street<br><br>_____<br><br>_____<br>City                              State     ZIP Code |
| | **Principal place of business** | |
| | 1905 Fulton Street_____<br>Number     Street<br><br>_____<br><br>Brooklyn_____ NY   11233_<br>City                              State     ZIP Code<br><br>Kings County_____<br>County | |

| 7. Type of business | ❏ Debtor does not operate a business<br><br>*Check one if the debtor operates a business:*<br><br>❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☑ None of the above |
|---|---|
| 8. Type of debt | **Each petitioner believes:**<br><br>❏ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br><br>☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment. |
| 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor? | ☑ No<br><br>❏ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                    MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                                    MM / DD / YYYY |

Debtor  Tomer Dafna _____  Case number (*if known*)_____

| Part 3: | Report About the Case |

**10. Venue**
Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Saddak Funding LLC | Personal Guarantee | $ 850,000 |
| Jerome Williams | State Court Judgement | $ 460,000 |
|  |  | $ |
|  | Total | $ 1,300,000 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor     Tomer Dafna _____     Case number (*if known*)_____

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✘ David Krispin & Keren Krispin
Signature of petitioner or representative, including representative's title

Saddak Funding LLC
Printed name of petitioner

Date signed  03/18/2021
             MM / DD / YYYY

**Mailing address of petitioner**

8002 Kew Gardens RD. STE 300
Number   Street

Kew Gardens            NY        11415
City                   State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email            _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_                        _____
Number   Street

City                   State     ZIP Code

**Attorneys**

✘ Leo Jacobs _____
Signature of attorney

Leo Jacobs, Esq.
Printed name

Jacobs P.C.
Firm name, if any

8002 Kew Gardens RD. STE 300
Number   Street

Kew Gardens            NY        11415
City                   State     ZIP Code

Date signed  03/18/2021
             MM / DD / YYYY

Contact phone 718-772-8704    Email Leo@jacobspc.com

Debtor  Tomer Dafna _____  Case number (*if known*)_____

---

✘ __Jerome Williams_____
Signature of petitioner or representative, including representative's title

Jerome Williams _____
Printed name of petitioner

Date signed  03/18/2021
              MM / DD / YYYY

**Mailing address of petitioner**

8002 Kew Gardens RD. STE 300 _____
Number   Street

_____ NY    11415 _____
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jacobs P.C. _____
Name

8002 Kew Gardens RD. STE 300 _____
Number   Street

Kew Gardens              NY    11415 _____
City          State ZIP Code

---

✘ __Leo Jacobs_____
Signature of Attorney

Leo Jacobs, Esq. _____
Printed name

Jacobs P.C. _____
Firm name, if any

8002 Kew Gardens RD. STE 300 _____
Number   Street

Kew Gardens              NY    11415 _____
City                          State        ZIP Code

Date signed  03/18/2021
              MM / DD / YYYY

Contact phone 718-772-8704    Email Leo@jacobspc.com

---

✘ _____
Signature of petitioner or representative, including representative's title

_____
Printed name of petitioner

Date signed  _____
              MM / DD / YYYY

**Mailing address of petitioner**

_____
Number   Street

_____
City          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State        ZIP Code

---

✘ _____
Signature of Attorney

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City          State        ZIP Code

Date signed  _____
              MM / DD / YYYY

Contact phone _____  Email _____

---