# PETITIONER 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
_____X
JEROME WILLIAMS,

                            Plaintiff,                INDEX NO.: 503186/2017

        -against-                                   NOTICE OF ENTRY

REDF EQUITIES, LLC, TOMER DAFNA, ISKYO
ARONOV, DAVID AUGENSTEIN, and HERMAN
MEISELS,

                          Defendants.
_____X

**PLEASE TAKE NOTICE** that the within is a true copy of the Default Judgment Order in the above entitled action, duly signed on May 23, 2019, by the Honorable Lawrence Knipel, Justice of the Supreme Court, and entered by the Clerk of the within named Court, on the 28th day of May, 2019.

Dated: Brooklyn, New York
        May 31, 2019

                                                                   Yours, etc.,
                                                                   MILLER & MILLER, ESQS.

                                                                   By: Andrew R. Miller, Esq.
                                                                   Attorneys for Plaintiff
                                                                   **JEROME WILLIAMS**
                                                                   26 Court Street, Suite 2511
                                                                   Brooklyn, New York 11242
                                                                   Tel. No.: (718) 522-0023

To:    REDF Equities, LLC                      Tomer Dafna
        Defendant Pro Se                        Defendant Pro Se
        147-07 72nd Road                        147-07 72nd Road, Apt. 3C
        Flushing, NY 11367                   Flushing, NY 11367

        Mr. David Augenstein                 Mr. Herman Meisels
        Defendant Pro Se                        Defendant Pro Se
        3006 Avenue M                           147-07 72nd Rd., Apt. 3C
        Brooklyn, NY 11210                   Flushing, NY 11367

[Action discontinued against Defendant, ISKYO ARONOV, by Order dated April 12, 2018.]

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 38
RECEIVED NYSCEF: 05/31/2019

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 38
RECEIVED NYSCEF: 05/29/2019

Case 1-21-40678-nhl    Doc 3    Filed 03/18/21    Entered 03/18/21 18:49:41

At an IAS Part of the Supreme Court of the State of New York, in and for the County of Kings, at the Courthouse thereof located at 360 Adams Street, Brooklyn, NY 11201, on the 23 day of May, 2019.

---------------------------------------X

JEROME WILLIAMS,

                  Plaintiff(s)

    -against-

REDF EQUITIES, LLC, TOMER DAFNA, ISKYO ARONOV, DAVID AUGENSTEIN, and HERMAN MEISELS,

                  Defendant(s)

---------------------------------------X

INDEX NO.: 503186/2017

JUDGMENT

The issues in the above entitled action having duly and regularly come on for inquest in the Supreme Court of the State of New York, Kings County, before the **HONORABLE JUSTICE LAWRENCE KNIPEL**, on the 4th day of April, 2019. The Plaintiff, **JEROME WILLIAMS**, having appeared, and represented by **ANDREW MILLER, ESQ.**, and the Plaintiff having testified and the Court having found for the Plaintiff and against the Defendants, **REDF EQUITIES, LLC, TOMER DAFNA, DAVID AUGENSTEIN,** and **HERMAN MEISELS**, in the amount of **FOUR HUNDRED AND FIFTY THOUSAND DOLLARS ($450,000.00)**.

NOW, on the Motion of **ANDREW MILLER, ESQ.**, with offices located at 26 Court Street, Suite 2511, Brooklyn, NY 11242, Attorney for the Plaintiff herein, it is

**ADJUDGED**, that the Plaintiff, **JEROME WILLIAMS**, residing 745 Lafayette Avenue, Apt. 4C, Brooklyn, NY 11221, has judgement against the Defendants herein, **REDF EQUITIES, LLC** with an address of 147-07 72nd Road, Flushing, NY 11367; **TOMER DAFNA** with an address

386/367

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 39
RECEIVED NYSCEF: 05/31/2019

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 38
RECEIVED NYSCEF: 05/29/2019

Case 1-21-40678-nhl    Doc 3    Filed 03/18/21    Entered 03/18/21 18:49:41

of 147-07 72 Road, Apt. 3C, Flushing, NY 11367; **DAVID AUGENSTEIN** located at 3006 Avenue M, Brooklyn, NY 11210; and **HERMAN MEISELS** with an address of 147-07 72 Road, Apt. 3C, Flushing, NY 11367, in the sum of **FOUR HUNDRED AND FIFTY THOUSAND DOLLARS ($450,000.00)**, together with interest thereon, from the date of said inquest, April 4, 2019, in the sum of $ 6,075.00, for a total of $ 456,075.00

ADJUDGED, that the Plaintiff recover from the Defendants, **REDF EQUITIES, LLC, TOMER DAFNA, ISKYO, DAVID AUGENSTEIN, and HERMAN MEISELS,** ~~INC.~~, the sum of ~~ONE THOUSAND SEVEN HUNDRED AND FIFTY-TWO DOLLARS AND SIXTY FOUR CENTS ($1,752.64)~~ 1207.00 For , plus costs and disbursements as taxed by the Clerk in the amount of $ ~~_____~~, making a total sum of $ 457,282.00 and that Plaintiff, **JEROME WILLIAMS**, has execution therefore.

Dated: Brooklyn, New York
April 25, 2019

SO ORDERED: _____
Hon. Lawrence Knipel, J.S.C.

_____
Kings County Clerk

NANCY T. SUNSHINE
Clerk

TO:  REDF Equities, LLC                Tomer Dafna
     Defendant Pro Se                   Defendant Pro Se
     147-07 72nd Road                   147-07 72nd Road, Apt. 3C
     Flushing, NY 11367                 Flushing, NY 11367

     Mr. David Augenstein               Mr. Herman Meisels
     Defendant Pro Se                   Defendant Pro Se
     3006 Avenue M                      147-07 72nd Rd., Apt. 3C
     Brooklyn, NY 11210                 Flushing, NY 11367

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 38
RECEIVED NYSCEF: 05/31/2019

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 38
RECEIVED NYSCEF: 05/29/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---------------------------------------------------------------X

JEROME WILLIAMS

INDEX NO.: 503186/2017

Plaintiff(s)   Costs of

-against-

REDF EQUITIES, LLC, TOMER DAFNA, ISKYO ARONOV, DAVID
AUGENSTEIN, and HERMAN MEISELS

Defendant(s)

---------------------------------------------------------------X

| COSTS | $ | DISBURSEMENTS | $ |
|---|---|---|---|
| Costs before Note of Issue CPLR §8201 subd. 1 | 200.00 | Fee for Index number CPLR §8018(a) | 210.00 |
| | | Referee's fees CPLR §8301 (a)(1), 8003(a) | |
| Costs after Note of Issue CPLR §8201 subd. 2 | 200.00 | Commissioner's compensation CPLR §8301 (a)(2) | |
| | | Clerk's fee, filing notice of pend. or attach. CPLR §8201 (a)(10) | |
| Trial of issue CPLR §8201 subd. 3 | 300.00 | Entering and docketing judgement CPLR §8301(a)(7), 8016(a)(2) | |
| | | Paid for searches CPLR §8301(a)(10) | |
| | | Affidavits & Acknowledgments CPLR §8009 | |
| Allowance by statute CPLR §8302 (a), (b) | | Serving copy Summons & Complaint CPLR §8011(h)(1), 8301(d) | 105.00 |
| | | Request for Judicial Intervention | |
| Additional allowance CPLR §8302 (d) | | Note of Issue CPLR §8020(a) | 30.00 |
| | | Paid Referees Report CPLR §8301(a)(12) | |
| Motion costs CPLR §8202 | | Certified copies of papers CPLR §8301(a)(4) | |
| | | Satisfaction piece CPLR §5020(a), 8021 | |
| Appeal to Appellate Term CPLR §8203 (b) | | Transcripts and filing CPLR §8021 | |
| | | Certified copy of Judgement CPLR §8021 | |
| Appeal to Appellate Division CPLR §8203 (a) | | Postage CPLR §8301(a)(12) | |
| | | Jury fee CPLR §8020(c) | |
| | | Stenographers' Fees CPLR §8002, 8301 | |
| Appeal to Court of Appeals CPLR §8204 | | Sheriff's Fees on execution CPLR §8011, 8012 | |
| | | Sheriff's fees, attachment, arrest, etc. CPLR §8011 | |
| | | Paid printing cases CPLR §8301(a)(6) | |
| Costs upon frivolous claims and counterclaims CPLR §8303-a | | Clerk's fees Court of Appeals CPLR §8301(a)(12) | |
| | | Paid copies of papers CPLR §8016(a)(4) | |
| Costs at $ 1205.00 | | Motion Expenses CPLR §8301(b) | |
| This 28 day of MAY 2019 | | Fees for Publication CPLR §8301(a)(3) | |
| Clerk of Court Kings County | | Serving subpoena CPLR §8011(h)(1), 8301(d) | 162.00 |
| NANCY T. SUNSHINE Clerk | | Paid for search CPLR §8301(a)(10) | |
| | | Medical Report | |
| | | Referee's report | |
| | | Attendance of witness CPLR §8001(a)(b)(c), 8301(a)(1) | |
| Costs | 700.00 | | |
| Disbursements | 507.00 | | |
| TOTAL | 1207.00 | | 507.00 |

| | | |
|---|---|---|
| State of New York, County of Kings ss.:<br><br>being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at Brooklyn, New York.<br>That on the ____ day of _____, 2019, deponent served the within bill of Cost and notice of taxation on<br><br>attorney(s) for<br>herein at his office at<br><br>during his absence from said office strike out either (a) or (b)<br>(a) by then and there leaving a true copy of the same with<br>his clerk; partner; person having charge of said of said office being closed, by depositing a true copy of same, enclosed in a sealed wrapper directed to said attorney(s), in the office letter drop or box.<br><br>Sworn to before me, this<br>the ____ day of _____, 2019<br><br>_____<br><br>State of New York, County of Kings ss.:<br>MARCIA MERVYN<br>being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at Brooklyn, New York.<br>That on the ____ day of ____, 2019, deponent served the within bill of Cost and notice of taxation on the Defendants,<br><br>REDF EQUITIES LLC<br>147-07 72ND ROAD<br>FLUSHING, NY 11367<br><br>TOMER DAFNA<br>147-07 72ND ROAD, APT. 3C<br>FLUSHING, NY 11367<br><br>DAVID AUGENSTEIN<br>3006 AVENUE M<br>BROOKLYN, NY 11210<br><br>HERMAN MEISELS<br>147-07 72ND ROAD, APT. 3C<br>FLUSHING, NY 11367<br><br>for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within New York state.<br><br>Sworn to before me, this<br>the 14 day of May | INDEX NO.: 507518/2017<br><br>SUPREME COURT,<br>COUNTY OF KINGS<br><br>JEROME WILLIAMS,<br><br>                  Plaintiff(s)<br>-against-<br><br>REDF EQUITIES, LLC, TOMER DAFNA, ISKYO ARONOV, DAVID AUGENSTEIN, and HERMAN MEISLES,<br><br>                  Defendant(s)<br><br>**BILL OF COSTS**<br>And Notice of Taxation<br><br>SIR: Please Take Notice that the within is a true copy of the items of costs and disbursements in the within action and that the same will be taxed* by the Clerk of the Kings County Supreme Court, at his office in the courthouse thereof on the Day of Ma 14, 2019, at ___ M. of that day — and the amount inserted in the judgement.<br><br>Yours, etc.<br>ANDREW MILLER, ESQ.<br>26 Court Street, Ste. 2511<br>Brooklyn, New York 11242<br><br>    Attorney(s) for Plaintiffs<br>To:<br><br>REDF EQUITIES LLC<br>147-07 72ND ROAD<br>FLUSHING, NY 11367<br><br>TOMER DAFNA<br>147-07 72ND ROAD, APT. 3C<br>FLUSHING, NY 11367<br><br>DAVID AUGENSTEIN<br>3006 AVENUE M<br>BROOKLYN, NY 11210<br><br>HERMAN MEISELS<br>147-07 72ND ROAD, APT. 3C<br>FLUSHING, NY 11367<br><br>Service of the within bill of costs and notice of taxation is hereby admitted this the 14 day of May, 2019.<br><br>By: Andrew Miller, Esq.<br>Attorneys(s) for Plaintiffs | STATE OF NEW YORK)<br>COUNTY OF KINGS ): ss.<br><br>The undersigned, an Attorney admitted to practice in the Courts of this State, affirms: that he is ANDREW MILLER, ESQ., the Attorney of record for the Plaintiff, JEROME WILLIAMS, in the above entitled; that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount and that each of the persons names as witnesses, attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names, from the place of said trial, hearing or examination; and each of said persons, as such witness as aforesaid necessarily traveled the number of miles so set opposite their names, in traveling to, and the same distance in returning from the same place of trial, hearing or examination; and that copies of documents or papers as charged herein were actually and necessarily obtained for use.<br><br>The undersigned affirms that the foregoing statements are true, under the penalties of perjury.<br><br>Dated: Brooklyn, New York<br>       April 25, 2019<br><br>_____<br>Andrew Miller, Esq. |

ANDREW MILLER, ESQ.
Notary Public, State of New York
No. 02MI6029076
Qualified in Nassau County
Commission Expires August 9, 20__

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 39
RECEIVED NYSCEF: 05/31/2019

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 38
RECEIVED NYSCEF: 05/29/2019

1

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF KINGS: CIVIL TERM: PART DJMP
 2   ------------------------------------------X
     JEROME WILLIAMS,
 3
                    Plaintiff,
 4
                                        Index No.
 5        - against -                   503186/2017

 6

     REDF EQUITIES, LLC, TOMER DAFNA, ISKYO ARONOV,
 7   DAVID AUGENSTEIN AND HERMAN MEISELS,

 8              Defendants.
     ------------------------------------------X
 9                            360 Adams Street
                              Brooklyn, New York 11201
10                            April 4, 2019

11
     B E F O R E:
12
                  THE HONORABLE LAWRENCE KNIPEL, Justice
13

14   A P P E A R A N C E S:

15

16        MILLER & MILLER
               Attorneys for the Plaintiff
17             26 Court Street, Ste. 2511
               Brooklyn, New York 11242
18             BY:  ANDREW R. MILLER, ESQ.

19

20

21

22

23

24                              CHRISTINE MAYO
                                SENIOR COURT REPORTER
25
```

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 41
RECEIVED NYSCEF: 05/31/2019

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
INDEX NO. 503186/2017
NYSCEF DOC. NO. 38
RECEIVED NYSCEF: 05/29/2019

PROCEEDINGS 2

| | |
|---|---|
| 1 | THE OFFICER: Inquest on Williams. Okay. |
| 2 | Counsel, please state your appearance. |
| 3 | MR. MILLER: Good afternoon, your Honor. |
| 4 | Andrew Miller, 26 Court Street, on behalf of |
| 5 | Jerome Williams. |
| 6 | THE COURT: Good afternoon. |
| 7 | Sir, do you swear to tell the truth? |
| 8 | THE WITNESS: Yes. |
| 9 | THE COURT: In a loud, clear voice, give the |
| 10 | reporter your name and address. |
| 11 | THE WITNESS: Jerome Williams, 745 Lafayette |
| 12 | Street, Brooklyn, New York 11021. |
| 13 | THE COURT: Thank you. Have a seat. |
| 14 | It's a personal injury action, Counsel? |
| 15 | MR. MILLER: Yes, your Honor. |
| 16 | THE COURT: You are offering these five packets |
| 17 | of subpoenaed records into evidence? |
| 18 | MR. MILLER: Yes, your Honor. |
| 19 | THE COURT: Okay. Admitted into evidence |
| 20 | Plaintiff's 1 through 5. |
| 21 | Let me ask your client a few questions, if I leave |
| 22 | anything out, you can feel free to let me know. |
| 23 | Sir, what was the date of your accident? |
| 24 | THE WITNESS: June 9, 2016. |
| 25 | THE COURT: 2016. And what parts of your body |

PROCEEDINGS                                   3

1   were hurt?
2           THE WITNESS:  My lumbar spine, 1 and 2, and my
3   knee.
4           THE COURT:  Were you in pain at the time?
5           THE WITNESS:  Yes, excruciating pain.
6           THE COURT:  Did you seek medical attention?
7           THE WITNESS:  Yes, I went to Brookdale Hospital.
8           I slipped and fell and I twist my leg, fell on my
9   back and I went straight to the hospital.
10          THE COURT:  What did they do for you there?
11          THE WITNESS:  They did X-rays for me and I had to
12  do a follow-up --
13          THE COURT:  So they did X-rays for you?
14          THE WITNESS:  Mm-hmm.
15          THE COURT:  And they examined you --
16          THE WITNESS:  They examined me.
17          THE COURT:  -- and they released you that same
18  day?
19          THE WITNESS:  Yes.  They released me the same
20  day.
21          THE COURT:  And you had to do a follow-up?
22          THE WITNESS:  Yes.
23          THE COURT:  When was that?
24          THE WITNESS:  I did a follow-up with Interfaith
25  because Brookdale was slow going for me.  So --

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
NYSCEF DOC. NO. 39
INDEX NO. 503186/2017
RECEIVED NYSCEF: 05/31/2019

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
NYSCEF DOC. NO. 38
INDEX NO. 503186/2017
RECEIVED NYSCEF: 05/29/2019

Case 1-21-40678-nhl    Doc 3    Filed 03/18/21    Entered 03/18/21 18:49:41

PROCEEDINGS                                                    4

```
 1              THE COURT:  By the way, in the interim between
 2    that date and the follow-up, were you still in pain and
 3    discomfort?
 4              THE WITNESS:  Yes.
 5              THE COURT:  What happened with the follow-up?
 6              THE WITNESS:  I went to the follow-up and they
 7    found out that I had the lumbar in my lower back.
 8              THE COURT:  Right.
 9              THE WITNESS:  And then I took an MRI in December
10    the same year for my knee --
11              THE COURT:  Yes.
12              THE WITNESS:  -- and my neck and my back.
13              THE COURT:  And as a result of the -- and what
14    did that find about your knee and your back?
15              THE WITNESS:  My knee, I had a tear under my
16    kneecap.
17              THE COURT:  Okay.
18              THE WITNESS:  A tear.  And I had to do surgery.
19              THE COURT:  What type of surgery did you have to
20    do?
21              THE WITNESS:  It was arthroscopic but they went
22    under my kneecap because of the tear.
23              THE COURT:  Right.  And what about for the other
24    parts of your body?
25              THE WITNESS:  I did injections on my back.
```

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
NYSCEF DOC. NO. 39

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
NYSCEF DOC. NO. 38

INDEX NO. 503186/2017
RECEIVED NYSCEF: 05/31/2019
RECEIVED NYSCEF: 05/29/2019

PROCEEDINGS                                                  5

```
 1                THE COURT:  Okay.
 2                THE WITNESS:  I did three injections for my back.
 3                THE COURT:  Did you go for physical therapy?
 4                THE WITNESS:  Yes, I went for physical therapy.
 5                THE COURT:  For how long, how many days a week?
 6                THE WITNESS:  I am still doing therapy three days
 7     a week because I have low atrophy on my right leg.
 8                THE COURT:  Did you lose time from work as a
 9     result of this?
10                THE WITNESS:  Yes, I was working doing
11     construction.  I can't work, I can't do heavy lifting.  I
12     am still in pain.  I can't participate in activities with
13     my son because of my injuries.
14                THE COURT:  And that's my next question:  What
15     things were you able to do before the accident, that you
16     can't do now at all or could only do in a limited fashion
17     now?
18                THE WITNESS:  Heavy lifting, I can't do no heavy
19     lifting.  I can't run.  I can't run, I could hardly jog,
20     because I wear a knee brace.  And can't walk up steps,
21     really, it's hard for me to walk up steps.  I got to limp
22     right now because of the accident and the surgery.
23                THE COURT:  And what about your pain, your
24     history of pain since the time of the accident till today?
25                THE WITNESS:  Oh, I'm still in pain.  I take
```

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
NYSCEF DOC. NO. 49
FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
NYSCEF DOC. NO. 38
INDEX NO. 503186/2017
RECEIVED NYSCEF: 05/31/2019
INDEX NO. 503186/2017
RECEIVED NYSCEF: 05/29/2019

PROCEEDINGS                                    6

1  Metaxalone for my pain right now.
2          I was on OxyContin, but I stopped taking it.
3          THE COURT:  Wise choice.
4          So Counsel, how much judgment are you seeking?
5          MR. MILLER:  450, I would ask.
6          THE COURT:  Granted.  Submit the judgment,
7  together with the minutes.
8          MR. MILLER:  Thank you, your Honor.
9          THE COURT:  Good luck, to you, sir.
10         THE WITNESS:  Thank you.
11                 *    *    *    *    *
12
13         The foregoing is hereby certified to be a true and
14 accurate transcript of the proceedings as transcribed from
15 the stenographic notes.
16
17
18
19         _____
           CHRISTINE MAYO
20         SENIOR COURT REPORTER
21
22
23
24
25

SUPREME COURT
STATE OF NEW YORK, COUNTY OF KINGS          Index No. 503186 Year 2017

JEROME WILLIAMS

PLAINTIFF,

-AGAINST-

REDF EQUITIES, LLC, TOMER DAFNA, ISKYO ARANOV, DAVID AUGENSTEIN, AND HERMAN MEISELS,

DEFENDANTS

JUDGMENT

**MILLER & MILLER, ESQS.**
ATTORNEYS AT LAW
Attorney(s) for PLAINTIFF
Office and Post Office Address, Telephone

26 Court Street, Ste. 2511
BROOKLYN, NY 11242
TEL (718) 522-0023
FAX (718) 522-0024

To

Signature (Rule 160-1.1-a)

Print name beneath  ANDREW MILLER, ESQ.

Service of a copy of the within is hereby admitted.

Dated:

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                          of which the within is a true copy
will be presented for settlement to the HON.           one of the judges of the
within named Court, at
on                          at              M.
Dated:

Yours, etc.

MILLER & MILLER, ESQS.

FILED: KINGS COUNTY CLERK 05/31/2019 11:24 AM
NYSCEF DOC. NO. 40

INDEX NO. 503186/2017
RECEIVED NYSCEF: 05/31/2019

FILED: KINGS COUNTY CLERK 05/28/2019 10:31 AM
NYSCEF DOC. NO. 38

INDEX NO. 503186/2017
RECEIVED NYSCEF: 05/29/2019



# NYSCEF - Kings County Supreme Court
## Confirmation Notice

This is an automated response for Supreme Court cases. The NYSCEF site has received your electronically filed documents for the following case.

**503186/2017**

Jerome Williams - v. - Redf Equities, LLC et al

Assigned Judge: Kings NJTRP

**Documents Received on** 05/14/2019 10:46 AM

| Doc # | Document Type | Motion # |
|---|---|---|
| 35 | JUDGMENT -TO COURT (PROPOSED) | |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |
| 36 | BILL OF COSTS | |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |
| 37 | EXHIBIT(S) A | |
| | Does not contain an SSN or CPI as defined in 202.5(e) or 206.5(e) | |

## Filing User

Name: Andrew Raymond Miller
Phone #:     E-mail Address: armiller@millerlawny.com
Fax #:     Work Address: 26 COURT ST STE 2511
BROOKLYN, NY 11242

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 05/14/2019 10:46 AM:

MILLER, ANDREW RAYMOND - armiller@millerlawny.com
REBHUN, JASON J. - jason@jasonrebhun.com

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

Hon. Nancy T. Sunshine, Kings County Clerk and Clerk of the Supreme Court - kcco-efile@nycourts.gov
Phone: Phone: 347-404-9766 or 347-404-9762     Website: https://www.nycourts.gov/courts/2jd/kingsclerk/index.shtml

NYSCEF Resource Center - EFile@nycourts.gov
Phone: (646) 386-3033     Fax: (212) 401-9146     Website: www.nycourts.gov/efile

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X
JEROME WILLIAMS,

                          Plaintiff,                INDEX NO.: 503186/2017

-against-                                         AFFIDAVIT OF SERVICE

REDF EQUITIES, LLC, TOMER DAFNA, ISKYO
ARONOV, DAVID AUGENSTEIN, and HERMAN
MEISELS,

                        Defendants.
------------------------------------------------------------X

      I, Marcia Mervyn, being duly sworn, say: I am not a party to the action, I am over 18 years of age and reside in Brooklyn, New York. On the 31st day of May, 2019, I served the within:

### NOTICE OF ENTRY

by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein:

To:    REDF Equities, LLC                      Tomer Dafna
        Defendant Pro Se                        Defendant Pro Se
        147-07 72nd Road                        147-07 72nd Road, Apt. 3C
        Flushing, NY 11367                   Flushing, NY 11367

        Mr. David Augenstein                Mr. Herman Meisels
        Defendant Pro Se                        Defendant Pro Se
        3006 Avenue M                          147-07 72nd Rd., Apt. 3C
        Brooklyn, NY 11210                  Flushing, NY 11367

                                                                  Marcia Mervyn

Sworn to before me this the
31st day of May, 2019.

ANDREW MILLER, ESQ.
Notary Public, State of New York
No. 02MI6029076
Qualified in Nassau County
Commission Expires August 9, 202_

Notary Public

SUPREME COURT
STATE OF NEW YORK, COUNTY OF KINGS    Index No. 503186 Year 2017

JEROME WILLIAMS,
                                                    PLAINTIFF,
                -AGAINST-

REDF EQUITIES, LLC, TOMER DAFNA, ISKYO ARONOV,
DAVID AUGENSTEIN, AND HERMAN MEISELS,
                                                    DEFENDANTS.

NOTICE OF ENTRY

MILLER & MILLER, ESQS.
ATTORNEYS AT LAW
Attorney(s) for PLAINTIFF
Office and Post Office Address, Telephone

26 Court Street, Ste. 2511
BROOKLYN, NY 11242
TEL (718) 522-0023
FAX (718) 522-0024

To

Signature (Rule 130-1.1-a)

Print name beneath ANDREW MILLER, ESQ.

Service of a copy of the within is hereby admitted.

Dated:

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order                                    of which the within is a true copy
will be presented for settlement to the HON.     one of the judges of the
within named Court, at
on                           at              M.
Dated,

Yours, etc.

MILLER & MILLER, ESQS.