

# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

*2818286*

Index no :**1-21-40678-nhl**

| | |
|---|---|
| Plaintiff(s): | **SADDAK FUNDING LLC** |
| Defendant(s): | **TOMER DAFNA** |

STATE OF NEW YORK
COUNTY OF SUFFOLK     ss.:

**Gerard Scully**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **03/24/2021** at **8:00 AM**, I served the within **SUPPLEMENTAL SUMMONS TO DEBTOR IN INVOLUNTARY CASE;INVOLUNTARY PETITION AND EXHIBITS** Bearing Index Number **1-21-40678-nhl** and date of filing of 03/18/2021 on **TOMER DAFNA** at **9 STREAM CT, GREAT NECK, NY 11023** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **YOSSI DAFNA, WIFE,** a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On _3/29/21_ , deponent enclosed a copy of above mentioned documents to **TOMER DAFNA** at said **defendant's** Place of Residence, at 9 STREAM CT,GREAT NECK, NY 11023 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **TWO STORY RED BRICK RESIDENCE**

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age aprx | Height aprx | Weight aprx |
|---|---|---|---|---|---|
| **Female** | **White** | **Blonde** | **35** | **5ft4in - 5ft7in** | **100-124lbs** |
| Other Features: **FACE COVERED** | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on _3/29/21_

X
Gerard Scully
License#: 1007503
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

Notary Public,

JACOBS P.C.
8002 KEW GARDENS ROAD
SUITE 300
KEW GARDENS, NY 11415
718-772-8704

SUSAN R. RAMIREZ
Notary Public, State of New York
No. 01RA5002939
Qualified in Suffolk County
Commission Expires Oct. 13, 2022

Atty File#: 21-40678



*2818286*

 **UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**



This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

**FROM:**

ALSTATE

60 BURT DRIVE

DEER PARK, NY 11729

**TO:**

TOMER DAFNA,

9 STREAM CT ,

GREAT NECK, NY 11023

