# PETITIONER 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------------x    Index No.: 714043/2017
Sharon Ginzborsky,

    Plaintiff,

  -against-                                                  **NOTICE OF ENTRY**

Tomer Daphna,

    Defendant.
-------------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that the within is a true copy of the Revised Judgment of Confession, with a clerk's notation dated June 6, 2018, which was filed and recorded with the Queens County Clerk's Office on June 6, 2018.

Dated: New York, NY
   June 8, 2018

                D'Agostino, Levine, Landesman &
                Lederman, LLP

               By: _____
                Bruce H. Lederman, Esq.
                Christopher M. Tarnok, Esq.
                *Attorneys for Plaintiff*
                345 Seventh Avenue, 23rd Floor
                New York, NY 10001
                Tel: (212) 564-9800
                Fax: (212) 564-9802

To: **Via NYSCEF and Regular Mail**
   Tomer Daphna a/k/a Tomer Dafna
   147-07 72nd Road
   Flushing, NY 11367

   Mr. Michael Arounian, Esq.
   Michael Arounian PLLC
   175 E Shore Road, Upper Level
   Great Neck, NY 11023

FILED: QUEENS COUNTY CLERK 06/08/2018 12:05 PM
NYSCEF DOC. NO. 26
Case 1-21-40678-nhl    Doc 18    Filed 05/28/21    Entered 05/28/21 18:15:34
INDEX NO. 714043/2017
RECEIVED NYSCEF: 06/08/2018

FILED: QUEENS COUNTY CLERK 06/06/2018 03:23 PM
NYSCEF DOC. NO. 25
INDEX NO. 714043/2017
RECEIVED NYSCEF: 06/06/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------x
Sharon Ginzborsky,

              Plaintiff,

-against-

Tomer Daphna a/k/a Tomer Dafna

              Defendant.
---------------------------------------------------------------x

Index No.: 714043 / 2017

JUN 06, 2018 -
Clerk's notation: See page 2

**REVISED**
**JUDGMENT OF**
**CONFESSION**

Amount confessed......................................................$250,000.00

~~Interest (at 9% from 8/13/17 to present).....................$25,397.26~~

FILED & RECORDED
JUN 06 2018
COUNTY CLERK
QUEENS COUNTY

Costs by Statute..........................................................$15.00

Filing Fee..................................................................$210.00

Execution Fee............................................................$0.00

WITHIN COSTS TAXED amount NOTICE
AT $ 225.00
OCT 13 2017
Audrey I. Pheffer
COUNTY CLERK QUEENS COUNTY

### ATTORNEY'S AFFIRMATION

STATE OF NEW YORK, COUNTY OF NEW YORK

      The undersigned, an attorney at law of the State of New York, affirms that he is an associate of the law firm of D'Agostino, Levine, Landesman & Lederman LLP, attorneys for plaintiff herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.

Dated: September 29, 2017

FILED & RECORDED
OCT 13 2017
COUNTY CLERK
QUEENS COUNTY

Bruce H. Lederman

FILED: QUEENS COUNTY CLERK 06/08/2018 12:05 PM
NYSCEF DOC. NO. 26

FILED: QUEENS COUNTY CLERK 06/06/2018 03:23 PM
NYSCEF DOC. NO. 25

INDEX NO. 714043/2017
RECEIVED NYSCEF: 06/08/2018

INDEX NO. 714043/2017
RECEIVED NYSCEF: 06/06/2018

UPON filing of the Confession of Judgment made by the defendant herein, sworn to on the 13th day of June, 2017,

NOW, on motion of D'Agostino, Levine, Landesman & Lederman LLP, attorneys for plaintiff, it is

ADJUDGED that plaintiff, Sharon Ginzborsky, residing at c/o D'Agostino, Levine, Landesman & Lederman, LLP, 345 Seventh Avenue, 23rd Floor, New York, NY 10001, does recover of the defendant, Tomer Daphna, a/k/a Tomer Dafna residing at 147-07 72nd Road, Flushing, NY 11367, the sum of $250,000.00, ~~with interest of $_____, making a total of $_____~~; together with $225.00 costs and disbursements, amounting in all to the sum of $ 250,225.00 (DOCKET); and that the plaintiff have execution therefor.

Judgment entered this 13th day of October, 2017.

_Audrey I. Pheffer_
Clerk

FILED & RECORDED
OCT 13 2017
COUNTY CLERK
QUEENS COUNTY

ENTERED
10:25 AM/PM
OCT 13 2017
COUNTY CLERK
COUNTY OF QUEENS

---

**JUN 06, 2018 Clerk's notation:**

Pursuant to Court Order of the Honorable Joseph Risi, J.S.C., dated May 15, 2018 and entered May 30, 2018 (NYSCEF Doc # 22), this judgment recorded on October 13, 2017 hereby is amended to list defendant's name as Tomer Daphna a/k/a Tomer Dafna.

Said Order directs the Clerk of the County of Queens to amend the judgment roll, which has been done by re-filing this Document on the date of this notation as a Judgment. This Judgment dated October 13, 2017 is herein noted as a REVISED JUDGMENT, and the caption in this case has been formally revised in the Clerk minutes, as so Ordered.

Dated: JUN 0 6 2018     _Audrey I. Pheffer_ Clerk

FILED & RECORDED
JUN 06 2018
3:10 PM
COUNTY CLERK
QUEENS COUNTY